JS-6

# UNITED STATED DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT SCHUMACHER,<br><br>    Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No.: CV 20-3105-MWF (MAAx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE [40]** |

  Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on January 28, 2022. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

  **IT IS ORDERED** that the case is hereby **CLOSED**.

  SIGNED this 31st day of January, 2022.

                    _____
                    MICHAEL W. FITZGERALD
                    United States District Judge